# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2016

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154347

POWER PLAY INTERNATIONAL, INC.
and MARK HOWE, Personal Representative
of the Estate of GORDON HOWE,
      Plaintiffs-Counterdefendants-
      Appellees,

v

DEL REDDY,
      Defendant-Appellant,

and

AARON HOWARD, MICHAEL REDDY,
and IMMORTAL INVESTMENTS, LLC,
      Defendants-Counterplaintiffs-
      Appellants.
_____/

SC: 154347
COA: 325805
Oakland CC: 2011-123508-CK

      On order of the Court, the application for leave to appeal the July 26, 2016 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.305(H)(1). The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the trial court erred in awarding attorney fees following a postjudgment hearing rather than submitting the attorney fee issue to the jury. The parties should not submit mere restatements of their application papers.

      The Michigan Association for Justice, Michigan Defense Trial Counsel, Inc., and the Negligence Section of the State Bar of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issue presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2016



d1206

Clerk